
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACARIAS MOUSSAOUI,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | No. 3:20-cv-02809-M (BT) |
| HAIFA AL FAISAL AL SAUD, et al.,<br>Defendants. | §<br>§<br>§ | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has taken under consideration the Findings, Conclusions, and Recommendation

of United States Magistrate Judge Rebecca Rutherford dated January 20, 2021.  The Court has

reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge are accepted.

**SO ORDERED** this 18th day of February, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE