IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ZACARIAS MOUSSAOUI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-02809-M (BT) |
| | § | |
| HAIFA AL FAISAL AL SAUD, et al., | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The Court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 30, 2021. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 10th day of May, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE